IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO WATTERS<br>396 Larose Drive<br>Coatesville, PA  19320<br><br>   Plaintiff,<br><br>  v.<br><br>ANIMAS DIABETES CARE, LLC<br>(Animas)<br>200 Lawrence Drive<br>West Chester, PA  19380<br><br>   Defendant. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:<br>:  NO: 2:13-CV-05908-CMR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

  Kindly enter my appearance as counsel of record on behalf of Defendant Animas Corporation (incorrectly named "Animas Diabetes Care, LLC") in the above captioned matter.

Dated:  December 9, 2013

              _____
              Kathryn H. Levering
              Attorney I.D. 24465
              Drinker Biddle & Reath LLP
              One Logan Square, Suite 2000
              Philadelphia, PA  19103-6996
              (215) 988-2919
              kathryn.levering@dbr.com

              *Attorney for Defendant*
              *Animas Corporation*

## CERTIFICATE OF SERVICE

I, Kathryn H. Levering, hereby certify that on this date, a true and correct copy of the foregoing Entry of Appearance has been filed electronically by using the Court's Electronic Case Filing ("ECF") System. The document is available for viewing and downloading from the Court's ECF System and was served by means of the ECF upon the following:

> Patrick Flanigan, Esquire
> Law Office of Patrick Flanigan
> P.O. Box 42
> Swarthmore, PA  19081-0042
> info@lawofficepf.com
>
> *Attorney for Plaintiff*
> *Ernesto Watters*

December 9, 2013               /s/ Kathryn H. Levering