IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO WATTERS<br>396 Larose Drive<br>Coatesville, PA 19320 | CIVIL ACTION |
| Plaintiff, | |
| v. | NO: 2:13-CV-05908-CMR |
| ANIMAS DIABETES CARE, LLC<br>(Animas)<br>200 Lawrence Drive<br>West Chester, PA 19380 | |
| Defendant. | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Ernesto Watters, and Defendant, Animas Corporation (hereinafter "Defendant" or "Animas"), incorrectly named as "Animas Diabetes Care, LLC" in the caption, through its undersigned attorneys, hereby stipulate and agree that the Court will dismiss the above-captioned this civil action with prejudice and each party will bear its own costs.

Date: 3/11/14

ERNESTO WATTERS

By: _____
Patrick Flanigan, Esq.
Law Office of Patrick Flanigan
P.O. Box 42
Swarthmore, PA 19081-0042
Tel: (610) 504-1042
pat@lawofficepf.com
Attorney for Plaintiff

ANIMAS CORPORATION

By: _____
Kathryn H. Levering, Esq.
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: (215) 988-2919
Fax: (215) 988-2757
kate.levering@dbr.com
Attorney for Defendant

March 12, 2014

IT IS SO ORDERED

_____
Cynthia M. Rufe, J.